FREDERICK HEMSLEY, complainant and appellant,

v.

THE MARLBOROUGH HOTEL COMPANY, defendant and respondent.

[Filed June 23d, 1902.]

*Mr. Samuel H. Grey,* for the appellant.

*Mr. Clarence L. Cole,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Reed filed in the court below. See *17 Dick. Ch. Rep. 164.*

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, COLLINS, FORT, GARRETSON, HENDRICKSON, PITNEY, BOGERT, ADAMS, VREDENBURGH, VOORHEES, VROOM——14.

*For reversal*—None.